UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-196-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | ORDER TO DISMISS |
| | : | |
| ELIZABETH MARRERO | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Information as to the above named Defendant.

Therefore, for good cause shown, the Information as to the above named Defendant is hereby dismissed as to the above-named Defendant.

Leave for filing of the foregoing is hereby granted.

This the **30** day of October, 2014.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE